AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | EDPA 601 MARKET ST., RM. 2609, PHILA., PA 19106 |
| DOCKET NO.<br>13-4581 | DATE FILED<br>8/7/2013 |
| PLAINTIFF<br>MALIBU MEDIA, LLC<br>409 W. OLYMPIC BLVD., STE. 501<br>LOS ANGELES, CA  90015 | DEFENDANT<br>JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 96.245.204.26 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | SEE EXHIBIT "B" ATTACHED | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

## Copyrights-In-Suit for IP Address 96.245.204.26

**ISP:** Verizon FiOS
**Location:** Huntingdon Valley, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Little Rain Must Fall | PA0001822653 | 01/23/2013 | 01/27/2013 | 01/24/2013 |
| A Love Story | PA0001819296 | 12/18/2012 | 12/31/2012 | 12/22/2012 |
| A Wonderful World | PA0001847651 | 05/27/2013 | 06/17/2013 | 05/31/2013 |
| Apartment in Madrid | PA0001826992 | 02/16/2013 | 02/18/2013 | 02/18/2013 |
| Dreams Do Come True | PENDING | 06/26/2013 | 06/27/2013 | 06/27/2013 |
| Featherlight | PA0001834618 | 04/02/2013 | 04/12/2013 | 04/12/2013 |
| Flexible Beauty | PA0001811853 | 10/19/2012 | 10/26/2012 | 12/28/2012 |
| Inside Perfection | PA0001817756 | 12/02/2012 | 12/16/2012 | 12/05/2012 |
| Miss Perfect | PA0001809284 | 10/01/2012 | 10/07/2012 | 10/22/2012 |
| Names | PA0001843106 | 05/10/2013 | 05/14/2013 | 05/16/2013 |
| Naughty and Nice | PA0001819290 | 12/25/2012 | 12/31/2012 | 12/25/2012 |
| Play Me | PA0001847659 | 06/14/2013 | 06/30/2013 | 07/02/2013 |
| Together Again | PA0001819288 | 12/28/2012 | 01/01/2013 | 12/31/2012 |
| Transcendence | PA0001799577 | 07/30/2012 | 07/31/2012 | 07/11/2013 |
| Two Boys and a Girl | PA0001828896 | 03/05/2013 | 03/12/2013 | 04/22/2013 |
| Unbelievably Beautiful | PA0001805315 | 08/24/2012 | 09/10/2012 | 05/20/2013 |
| What a Girl Wants Part #2 | PA0001847660 | 06/15/2013 | 07/09/2013 | 07/06/2013 |
| Yoga in the Sky | PA0001794715 | 06/27/2012 | 06/29/2012 | 06/09/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 18**

EXHIBIT B

EPA172